Docket in case # ___23___ CV/CR __7536__
As: **Plaintiff Letter**
Date: _8_ / _6_ / _2024_

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/06/2024
```

July 25, 2024

United States District Court
Southern District of New York

**MEMO ENDORSED**

Re: Case No.: 23-cv-7536-NSR

> Pltf.'s request is GRANTED and her claims against Def. Schofield are deemed DISMISSED. The Clerk of Court is respectfully directed to terminate this action. Def. Schofield is directed to mail a copy of this memorandum endorsement to Pltf. and to file proof of service on the docket.
>
> SO ORDERED:
>
> Dated: August 6, 2024
> White Plains, NY
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Honorable Judge Roman:

This is to respectfully request that you withdraw my case against Sergeant Douglas G. Schofield.

Due to my lack of knowledge with respect to the law, I had wrongly assumed that when I formally asked for the withdrawal of Attorney Michael Sussman from my case, that subsequent to that the entire case would be dropped.

I don't understand how a practitioner of the law has so little regard for the plight of those who suffer abuse at the hands of the medical, as well as legal system. I, for one, have not given up my crusade to address this issue. I suspect if you or a loved one ever had occasion to witness what truly happens in these mental institutions you would have undoubtedly considered the issues very differently.

Mr. Sussman had warned me ahead of time that you would likely have dismissed the case but I gave you the benefit of the doubt, hoping you might have some compassion and look further into it. Sadly to say I was wrong.

Sincerely,

Suzanne A. Corrado, M.D.



RECEIVED
AUG 06 2024
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

**U.S. POSTAGE PAID**
FCM LETTER
CORNWALL, NY 12518
AUG 01, 2024
**$9.68**
R2305K136763-99

10007
RDC 99

9589 0710 5270 1046 7568 66

Hon. Judge Nelson Roman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

10007-133098



RECEIVED
AUG 0 6 2024
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.



RECEIVED
AUG 0 6 2024
U.S.D.C.
W.P.

Suzanne Corrado
10 Land Mark Dr
Apt 118
Cornwall, NY 12518